**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANETTE KELLY HEILMAN, | No. 2:21-CV-0476-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court are Plaintiff's motions, ECF No. 13 and 14, for an extension of time to file a dispositive motion. Good cause appearing therefor, Plaintiff's motions are granted. Plaintiff shall file her dispositive motion by January 12, 2022.

IT IS SO ORDERED.

Dated: December 22, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1